IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LUKEHART TRUCKING, LLC and
K. DOUGLAS LUKEHART dba
ARMSTRONG LOGISTICS )
     Plaintiff(s) )
 )
vs. )   Case No. 2:17-cv-01623-CRE
 )
TAG TRANS, INC. )
 )
     Defendant(s) )

## PART 1: CONSENT TO JURISDICTION BY UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Section 636(c)(1) of Title 28, United States Code, I voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial and entry of a final judgment, with direct review by the United States Court of Appeals for the Third Circuit if an appeal is filed.

Date: MARCH 22, 2018          _____
                                            Signature

                      Print Name: WILLIAM H. STEWART III

---

## PART 2: DISTRICT JUDGE OPTION

Pursuant to Section 636(c)(2) of Title 28, United States Code, I acknowledge the availability of a United States Magistrate Judge but I elect to have this case randomly assigned to a United States District Judge.

Date: _____      _____
                                            Signature

                    Print Name: _____